UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

Raymond Roosa, individually and on behalf of all others similarly situated,

Plaintiff,

-v.-

Raymond Meisenbacher & Sons, Esqs. PC,

Defendants.

---

Civil Action No: 3:22-cv-1264

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 11, 2022

So Ordered this 11th day of August 2022

**Hon. Michael A. Shipp, U.S.D.J.**

Respectfully Submitted,

 */s/Yaakov Saks*
Yaakov Saks, Esq.
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
Ysaks@steinsakslegal.com
 Tel. 201-282-6500
 Fax 201-282-6501
 *Attorneys for Plaintiff*